# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEFFREY A. LIEPELT

VERSUS

RIVER CLUB DEVELOPMENT, LLC,
MJB CONSTRUCTION, LLC, POOLS
BY JOE CROWTON, LLC, TOC
HARD SCAPES UNLIMITED, INC.,
AND LAMULLE CONSTRUCTION,
L.L.C.

NO.   2025 CW 0947

OCTOBER 2, 2025

---

In Re:   Centanni   Construction   Co.,   Inc.,   applying   for
         supervisory writs, 22nd Judicial District Court, Parish
         of St. Tammany, No. 201912842.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **STAY DENIED; WRIT DENIED.**

                           HG
                           TPS

   **McClendon, C.J.**, concurs. The criteria set forth in **Herlitz
Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396
So.2d 878 (La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT